IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

UNITED STATES OF AMERICA,
        PLAINTIFF,

vs.                                                                No. 10-40015-01-JAR


ELIZABETH A. WERKMEISTER
        DEFENDANT.


## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 15, 2009, in Riley County, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, the defendant,

**ELIZABETH A. WERKMEISTER,**

did knowingly, willfully, and intentionally commit the offense of assault with a dangerous weapon with the intent to do bodily harm to BRIAN K. WERKMEISTER, and that the defendant did so without just cause or excuse.

This is in violation of Title 18, United States Code, Section 113 (a)(3).

# COUNT 2

On or about July 15, 2009, in Riley County, in the District of Kansas, upon the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States, the defendant,

**ELIZABETH A. WERKMEISTER,**

did knowingly, willfully, and intentionally with the intent to injure, harass, or intimidate her spouse, to wit: BRIAN K. WERKMEISTER, commit a crime a violence against that spouse.

This is in violation of Title 18, United States Code, Section 2261 (a)(1).

A TRUE BILL.


February 10, 2010                                  s/ Foreman
DATE                                               FOREMAN OF THE GRAND JURY


  /s/ Lewis V. Kliem #21023, for
LANNY D. WELCH, # 13267
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
301 N. Main, Suite 1200
Wichita, KS 67202
Phone: (316) 269-6481
Fax: (316) 269-6484
lanny.welch@usdoj.gov

[It is requested that trial be held in Topeka, Kansas]